IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:97CR3016 |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | |
| | ) | **ORDER** |
| MICHELLE A. GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant Green's revocation hearing is rescheduled to Thursday, November 30, 2006, at 12:00 noon, before the undersigned United States District Judge, in the Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

August 21, 2006.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge