IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:97CR3016 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHELLE GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

There being an objection by the United States Probation Office,

IT IS ORDERED that the defendant's motion to continue revocation hearing (filing 102) is denied. The revocation hearing remains scheduled on Thursday, November 30, 2006, at 12:00 noon.

November 16, 2006.                BY THE COURT:

                                s/ *Richard G. Kopf*
                                United States District Judge