IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:97 CR 3016 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MICHELLE GREEN, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

At the defendant's initial appearance before me on the petition for alleged violations of supervised release, the government sought detention until the revocation hearing scheduled before the sentencing judge on August 8, 2008. A hearing was held on that matter, at the conclusion of which I announced that I would release the defendant on her present conditions of supervised release, with additional conditions that ensure that her whereabouts are known and strictly monitored by the supervising officer. In accordance with my statements from the bench,

IT THEREFORE HEREBY IS ORDERED: The defendant is released pending the revocation hearing on the present conditions of supervised release, plus the following additional conditions:

> The defendant shall participate in the following home confinement program and abide by all the requirements, which will include electronic monitoring or other location verification system. Installation of monitoring equipment shall be at defendant's expense, payable in advance of the installation; monitoring expenses shall be paid by defendant monthly. Defendant shall not disconnect, cut, alter, damage, destroy, or in any way interfere with the monitoring equipment or its proper operation.

**Home Detention.** The defendant is restricted to her residence **at all times** except for employment or other absences **pre-approved** by the supervising officer

DATED July 24, 2008

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge

2