```
               IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,       )
                                )
               Plaintiff,       )         4:97 CR 3016
                                )
     v.                         )
                                )
                                )
MICHELLE GREEN,                 )         MEMORANDUM AND ORDER
                                )
               Defendant.       )
```

My order of July 24, 2008 was not clear and did not accurately reflect my comments at the conclusion of the defendant's initial appearance before me. In addition, since then I have been advised that the defendant's work schedule has changed, so I have re-drafted the order to accommodate flexibility.

IT THEREFORE HEREBY IS ORDERED: The order of July 24, 2008, filing 118, is WITHDRAWN and the following is substituted therefor:

> The defendant is released pending the revocation hearing on the present conditions of supervised release, plus the following additional conditions:
>
>> The defendant shall participate in the following home confinement program and abide by all the requirements, which will include electronic monitoring or other location verification system. Installation of monitoring equipment and monitoring expense shall be at the expense of the U.S. Probation Office. Defendant shall not disconnect, cut, alter, damage, destroy, or in any way interfere with the monitoring equipment or its proper operation.
>>
>>> **Home Detention**. While employed, the defendant is restricted to her residence every day **between the hours of 10:00 p.m. and 7:00 a.m.,** except for employment or other absences **pre-approved** by the supervising officer. In the event the defendant

      becomes unemployed, she shall be at her residence **at all times**, except for absences pre-approved by the supervising officer.

DATED July 29, 2008

          BY THE COURT:

          s/ *David L. Piester*
          United States Magistrate Judge