## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
        **Plaintiff**

**v.**                                    **Case Number 4:97CR3016**

                                          **USM Number: 42925-008**

**MICHELLE A. GREEN**
                **Defendant**

                                          **JOHN VANDERSLICE**

                                          **Defendant's Attorney**

_____

### JUDGMENT IN A CRIMINAL CASE
#### (For Revocation of Probation or Supervised Release)
#### (For Offenses Committed On or After November 1, 1987)

**THE DEFENDANT** admitted guilt to violation of special  conditions 1, 3, 5, and 7 of the term of supervision.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1.  (Special Condition #1) | Paragraph #8 of the Standard Conditions of Supervision is modified.  Instead of merely refraining from excessive use of alcohol, the defendant shall not purchase or possess, use, distribute, or administer any alcohol, just the same as any other narcotic or controlled substance. | July 2, 2008 |
| 2.  (Special Condition #3) | The defendant shall attend, pay for and successfully complete any diagnostic evaluation, treatment or counseling program, or approved support groups (e.g., AA/NA) for alcohol and/or controlled substance abuse, as directed by the United States Probation Officer. | |

| | | |
|---|---|---|
| 3. (Special Condition #5) | At least 6 months prior to the completion of probation, the Defendant shall have completed two hundred fifty (250) hours of volunteer unpaid community service at an agency approved by the supervising probation officer performing such tasks and duties as are approved by the supervisor for the agency and the supervising probation officer in a manner and on a schedule to be arranged by the probation officer. | February 18, 1999 |
| 4. (Special  Condition #7) | The defendant shall have no in-person contact with Cisco Hernandez unless permitted by the supervising probation officer. | July 9, 2008 |

Original Offense: Conspiracy to distribute methamphetamine in violation of 21 USC 846 and 841(a)(1).

The defendant is sentenced as provided in pages 2 through 4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Following the imposition of sentence, the Court advised the defendant of her right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within ten (10) days of this date.

   **IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
August 8, 2008


s/ *Richard G. Kopf*
United States District Judge

August 12, 2008

# IMPRISONMENT

It is ordered the term of supervised release is revoked.  The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **fifty-five (55) months with no supervised release to follow.**

The Court makes the following recommendations to the Bureau of Prisons:

1.    That the defendant be incarcerated at the **prison camp at Bryan, Texas.**

2.    The Court recommends in the strongest possible terms that the Bureau of Prisons do a psychological evaluation on defendant early on in the incarceration.

3.    The Court recommends in the strongest possible terms that the defendant participate in the 500-hour Intensive Drug Treatment Program or any similar drug treatment program available.

# ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, _____

_____
Signature of Defendant

# RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, _____ to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt , above.**

# CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, _____

_____
UNITED STATES WARDEN

By:_____

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth below.

|         | Assessment | Fine | Restitution |
|---------|-----------|------|-------------|
| Count 1 | $  100.00 |      |             |

**Totals:**        **$  100.00-PAID 2/18/99, RECEIPT #40961**

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order:  (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total criminal monetary penalties shall be due as   follows:

The  $100.00 special assessment was paid on 2/18/99, Receipt #40961.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

All financial penalty payments are to be made to the Clerk of the U. S. District Court, 593 Federal Building, 100 Centennial Mall North, Lincoln, NE  68508.

The defendant shall inform the probation officer of any change in his or her economic circumstances affecting the ability to make monthly installments, or increase the monthly payment amount, as ordered by the court.  In the event a defendant is able to make a full or substantial payment toward the remaining criminal monetary penalty, he or she shall do so immediately.

The defendant is restrained from transferring any real or personal property, unless it is necessary to liquidate and apply the proceeds of such property as full or partial payment of the criminal monetary penalty.

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS,  CLERK

By _____Deputy Clerk